CLERK'S OFFICE U.S. DIST COURT
AT ABINGDON, VA
FILED
APR - 8 2004
JOHN F. CORCORAN, CLERK
BY: /s/
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# BIG STONE GAP DIVISION

| | |
|---|---|
| A. F. McCAULEY, et al., ) | |
| Plaintiffs ) | Case No. 2:01CV00080 |
| ) | |
| v. ) | **ORDER** |
| ) | |
| PURDUE PHARMA, L.P., et al., ) | By: Pamela Meade Sargent |
| Defendants ) | United States Magistrate Judge |

These consolidated matters are before the undersigned on a motion for protective order filed on behalf of four plaintiffs, (Civil Action No. 2:02-cv-00054, Docket Item No. 224), and on defendants' motions to compel discovery, (Civil Action No. 2:02-cv-00054, Docket Item No. 208; Civil Action No. 2:01-cv-00080, Docket Item No. 308). Oral argument was presented by counsel on April 8, 2004. Based on the arguments of counsel, the motions are **GRANTED in part** and **DENIED in part**, and it is **ORDERED** as follows:

1. Plaintiffs A.F. McCauley, Charles C. Brummett, Joseph D. Deckard and William C. Matney shall submit to supplemental depositions as scheduled on April 12 and 13, 2004. These supplemental depositions shall be limited in scope to events that have occurred since the plaintiffs' first depositions or information that has been obtained by defendants since the plaintiffs' first depositions; and

2. Plaintiff Joseph D. Deckard shall produce to defense counsel all nonprivileged documents regarding his medical malpractice claim

against and settlement with Dr. Steven M. Adkins. Such documents shall be treated by the parties as "Confidential" under this court's protective orders.

The Clerk shall forward certified copies of this Order to all counsel of record.

ENTER: April 8th, 2004.

*Pamela Meade Sargent*
United States Magistrate Judge