# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### BIG STONE GAP DIVISION

CLERK'S OFFICE U.S. DIST. COURT
AT ABINGDON, VA
FILED

APR 23 2004

JOHN F. CORCORAN, CLERK
BY:
DEPUTY CLERK

A. F. McCAULEY, et al.,            )
        Plaintiffs            )   Case No. 2:01CV00080
              )
v.            )   **ORDER**
              )
PURDUE PHARMA, L.P., et al.,            )   By: Pamela Meade Sargent
        Defendants            )   United States Magistrate Judge

These consolidated matters are before the undersigned on a motion for protective order filed on behalf of the defendants, (Civil Action No. 2:02-cv-00054, Docket Item No. 235; Civil Action No. 2:01-cv-00080, Docket Item No. 333), defendants' motion to compel completion of the supplemental deposition of William C. Matney, (Civil Action No. 2:01-cv-00080, Docket Item No. 335), and defendants' motion to compel discovery of certain tax returns and social security records, (Civil Action No. 2:02-cv-00054, Docket Item No. 238; Civil Action No. 2:01-cv-00080, Docket Item No. 336). Oral argument was presented by counsel by telephone conference call on April 20, 2004. Based on the arguments of counsel, it is **ORDERED** as follows:

1.    Defendants' motion to compel completion of the supplemental deposition of William C. Matney, (Civil Action No. 2:01-cv-00080, Docket Item No. 335), is **GRANTED**, and Matney is **ordered** to submit to completion of this supplemental deposition by no later than April 30, 2004, at a date, time and location to be agreed upon by counsel;

2.   Defendants' motion for protective order,   (Civil Action No. 2:02-cv-00054, Docket Item No. 235;  Civil Action No. 2:01-cv-00080, Docket Item No. 333), is **GRANTED in part** and **DENIED in part**, and the defendants are ordered to produce a corporate representative by April 30, 2004, to be deposed on the subjects covered in paragraph No. 1 of plaintiffs' 30(b)(6) notice; and

3.   Defendants' motion to compel discovery of certain tax returns and social security records, (Civil Action No. 2:02-cv-00054, Docket Item No. 238;  Civil Action No. 2:01-cv-00080, Docket Item No. 336) will be **taken under advisement**, and it is **ordered** that plaintiffs' counsel shall file any desired written response to this motion with the court  by April 30, 2004. If the defendants choose to reply they may do so within seven days of the filing of the plaintiffs' response.

The Clerk shall forward certified copies of this Order to all counsel of record.

ENTER: April _23_, 2004.

_Pamela Meade Sargent_
United States Magistrate Judge

-2-